**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

KENNETH CLAY,

      Plaintiff,

    v.

TOOMBS COUNTY SHERIFF'S OFFICE;
ROBYN BANKS; and JAMES RON BIVINS,

      Defendants.

CIVIL ACTION NO.: 6:18-cv-92

# O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 51). No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES without prejudice** Defendant Toombs County Sheriff's Office's Motions to Dismiss, (docs. 13, 32), and **DENIES as premature** Plaintiff's Motions for Default Judgment, Judgment on the Pleadings, and Summary Judgment, (docs. 10, 12, 30). Plaintiff has filed an Amended Complaint, as directed, and the Magistrate Judge will conduct the requisite frivolity review of that Amended Complaint in the normal course of business.

**SO ORDERED**, this 30th day of August, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA