IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KENNETH CLAY, <br><br> Plaintiff, <br><br> v. <br><br> ROBYN BANKS; and JAMES RON BIVINS, <br><br> Defendants. | CIVIL ACTION NO.: 6:18-cv-92 |

**O R D E R**

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, (doc. 124). Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Plaintiff's Motion for Emergency Relief. (Doc. 115.)

**SO ORDERED**, this 15th day of March, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA